# United States Bankruptcy Court
## District of Nevada

In re: **Darryl Scott Hall / Cynthia Ann Hall**, Debtor(s)

Case No. **18-12400-leb**
Chapter **13**

## Notice of Change of Address

Debtor's Social Security Number: **xxx-xx-1844**

Joint Debtor's Social Security Number: **xxx-xx-8060**

**My (Our) Former Mailing Address and Telephone Number was:**

Name: **Darryl Scott Hall and Cynthia Ann Hall**

Street: **9936 Willowbrook Pond Road**

City, State and Zip: **Las Vegas, NV 89148**

Telephone #:

**Please be advised that effective June 5, 2018,**
**my (our) new mailing address and telephone number is:**

Name: **Darryl Scott Hall and Cynthia Ann Hall**

Street: **7337 Dolphine Crest Avenue**

City, State and Zip: **Las Vegas, NV 89129**

Telephone #:

/s/ Darryl Scott Hall
**Darryl Scott Hall**
Debtor

/s/ Cynthia Ann Hall
**Cynthia Ann Hall**
Joint Debtor