Honorable Laurel E. Babero
United States Bankruptcy Judge



Entered on Docket
August 15, 2018

MIGUEL A. LOPEZ, ESQ.  E-FILED:
Nevada State Bar No. 11410
LAW OFFICE OF MIGUEL LOPEZ, P.C.
7620 Tiny Tortoise
Las Vegas, Nevada 89149
Telephone: (702) 987-3030
Facsimile: (702) 479-7230
mlopez@lopezbklaw.com
Attorney for Debtors

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

DARYLL SCOTT HALL, and
CYNTHIA ANN HALL,

Debtors,

Case No. BK-S-18-12400-LEB
Chapter 13

Date of Hearing:   N/A
Time of Hearing:   N/A

**ORDER GRANTING STIPULATION FOR AMORTIZED PAYMENTS TO BE PAID BY AND THROUGH THE TRUSTEE**

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** by and between DARYLL SCOTT HALL, and CYNTHIA ANN HALL (hereinafter referred to as "Debtors"), and their attorney, MIGUEL LOPEZ, ESQ., and CHRISTINE A. ROBERTS, ESQ., of the Law Offices of Christine A. Roberts, PLLC, by and on behalf of Creditor, HLS OF NEVADA, LLC *dba* NEVADA WEST FINANCIAL (hereinafter referred to as "Creditor"), having filed their *STIPULATION FOR AMORTIZED PAYMENTS TO BE PAID BY AND THROUGH THE*

*TRUSTEE (doc 42)*, and the Court having reviewed and considered the same, and good cause appearing:

**IT IS HEREBY ORDERED** that the Stipulation attached hereto as Exhibit "1" is approved.

**IT IS SO ORDERED.**

Dated this 15th day of August, 2018.

THE LAW OFFICE OF MIGUEL LOPEZ

_____
MIGUEL A. LOPEZ, ESQ.
Nevada State Bar No. 11410
7620 Tiny Tortoise
Las Vegas, Nevada 89149
Attorney for Debtors

# Exhibit 1

1 | MIGUEL A. LOPEZ, ESQ.                                    E-FILED:
    Nevada State Bar No. 11410
2 | LAW OFFICE OF MIGUEL LOPEZ, P.C.
    7620 Tiny Tortoise
3 | Las Vegas, Nevada 89149
    Telephone: (702) 987-3030
4 | Facsimile: (702) 479-7230
    mlopez@lopezbklaw.com
5 | Attorney for Debtors

6 |             UNITED STATES BANKRUPTCY COURT

7 |                   DISTRICT OF NEVADA

8 | In re:

9 | DARYLL SCOTT HALL, and              Case No. BK-S-18-12400-LEB
    CYNTHIA ANN HALL,                    Chapter 13

10 |                                      Date of Hearing:
                 Debtors.                 Time of Hearing:

11 |

12 | **STIPULATION FOR AMORTIZED PAYMENTS TO BE PAID BY AND THROUGH THE TRUSTEE**

13 | 

14 | **IT IS HEREBY STIPULATED AND AGREED** by and between DARYLL SCOTT HALL, and CYNTHIA ANN HALL (hereinafter referred to as "Debtors"), and their

15 | attorney, MIGUEL LOPEZ, ESQ., and CHRISTINE A. ROBERTS, ESQ., of the Law Offices

16 | of Christine A. Roberts, PLLC, by and on behalf of Creditor, HLS OF NEVADA, LLC *dba*

17 | NEVADA WEST FINANCIAL (hereinafter referred to as "Creditor"), that:

18 | **WHEREAS** the Creditor maintains a purchase money security interest in a 2008

19 | Mercedes-Benz ML 350, VIN # 4JGBB86E58A422769 (hereinafter referred to as "Vehicle");

20 | and

21 | **WHEREAS** the Debtors have an interest in and wish to retain possession of said Vehicle

22 | pursuant to Contract for Sale and Security Agreement dated on or about July 29, 2014, entered

23 | into between the Debtors and the Creditor;

24 |

25 |

- 1 -

NOW, THEREFORE, IT IS STIPULATED AND AGREED, that;

(1)  The automatic stay afforded the Debtors pursuant to 11 USC 362(a) shall remain in full force and effect, subject to the following conditions:

(2)  The Creditor shall be paid $8,700.00 plus 6.00 % interest payable over 60 months at approximately $168.20 per month by the Trustee to Creditor, commencing retroactively from May 1, 2018. Payments shall be made at the following address:

Nevada West Financial
PO BOX 94703
Las Vegas, NV 89193

(3)  The Debtor shall maintain continuous property damage insurance on said Vehicle, in a sum sufficient to protect the Creditor's security interests for a period of time not less than and equal to the extinguishment of the Creditor's lien interest to said Vehicle. Furthermore, at all times that the Creditor maintains a lien on said Vehicle, the Creditor shall be designated as the Loss Payee Beneficiary under the insurance policy maintained by the Debtor.

(4)  The fair market value of the Vehicle identified in the declarations hereinabove is $8,700.00.

(5)  The Chapter 13 Plan shall pay the Creditor $8,700.00 plus 6.00% interest payable over 60 months at approximately $168.20 per month by the Trustee to Creditor, commencing retroactively from May 1, 2018 and payable on the 1st of each month thereafter until paid in full. Nothing in this Stipulation shall prevent the Trustee from disbursing a monthly payment in excess of the monthly amount identified herein, nor prevent the Trustee from paying Creditor in full prior to the date the last payment becomes due.

(6)  Should the Debtors allow the insurance to lapse in contravention to the terms set forth hereinabove; or encumber said Vehicle and thereby affect the Creditor's lien; and subject to ten (10) days written notice to the Debtor to cure said default, the Creditor may submit to the Court an Ex Parte Order Lifting Stay.

(7) That a conversion of this case to a Chapter 7 case shall be considered a breach of this stipulation and subject to a ten (10) day notice to cure all the existing contractual arrearages due and owing.

(8) That this Stipulation shall survive Confirmation of the Chapter 13 Plan and shall supersede any terms to the contrary as set forth in the Chapter 13 Disclosure Statement, Chapter 13 Plan and Chapter 13 Confirmation Order.

(9) Unless and until the Debtor violates any of the contingencies contained herein, the automatic stay shall remain in effect.

Dated this 8th day of August, 2018.

THE LAW OFFICE OF MIGUEL LOPEZ

MIGUEL A. LOPEZ, ESQ.
Nevada State Bar No. 11410
7620 Tiny Tortoise
Las Vegas, Nevada 89149
Attorney for Debtors

APPROVED/DISAPPROVED:

CHRISTINE A. ROBERTS, ESQ.
Nevada State Bar No. 6472
Law Offices of Christine A. Roberts, PLLC.
3815 S. Jones Blvd., Suite 5
Las Vegas, NV 89103
Attorney for Creditor
HLS of Nevada, LLC. *dba* Nevada West Financial

- 3 -

APPROVED/DISAPPROVED:

_____
RICK A. YARNALL
CHAPTER 13 TRUSTEE
701 Bridger Avenue
Suite 820
Las Vegas, NV 89101

- 4 -